UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

EDWIN RODRIGUEZ, JORGE SILVERTIO,
KENLUIN SILVERIO, RENE ERNESTO
AREVALO, and ALBARO MORALES, on behalf of
Themselves and all others similarly situated,

                Plaintiffs,               Case No. **22-CV-0215**

     -against-                        **NOTICE OF APPEARANCE**

HAR NORTHERN, INC. d/b/a H MART
NORTHERN,

                Defendant.
_____x

**PLEASE TAKE NOTICE**, that the Law Offices of Diane H. Lee, hereby enters its appearance as Counsel on behalf of the Defendant HAR Northern, Inc. in the above-captioned matter, and requests that copies of all pleadings and other papers (however designated) filed in this action as well as notices given or required to be given in this action, be given and served upon the undersigned at the addresses listed below:

                Diane H. Lee [DL3170]
                The Law Offices of Diane H. Lee
                1630 Center Avenue
                Fort Lee, NJ 07024

                16 W. 32nd Street, Suite 305
                New York, NY 10001
                Telephone: 201-363-0101
                              201-406-6286
                              551-309-9833
                Facsimile: 888-908-3660

FURTHER, if any limited service lists are used in the proceeding, undersigned request inclusion thereon

Dated: February 1, 2022

By: _____
Diane H. Lee [DL3170]
The Law Offices of Diane H. Lee
1630 Center Avenue
Fort Lee, NJ 07024

16 W. 32nd Street, Suite 305
New York, NY 10001
Telephone: 201-363-0101
            201-406-6286
            551-309-9833
Facsimile: 888-908-3660
DLEE@DHLLAW.COM

To:   Louis Pechman, Esq.
      Laura Rodriguez, Esq.
      Pechman Law Group PLLC
      488 Madison Avenue, 17th Floor
      New York, NY 10022
      Telephone: 212-583-9500
      PECHMAN@PECHMANLAW.COM
      RODRIGUEZ@PECHMANLAW.COM
      Attorneys for Plaintiffs