UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWIN RODRIGUEZ, JORGE SILVERIO, KENLUIN SILVERIO, RENE ERNESTO AREVALO, and ALBARO MORALES, on behalf of themselves and all others similarly situated,

       Plaintiffs,

  -against-

HAR NORTHERN, INC. d/b/a H MART NORTHERN,

       Defendant.
-----------------------------------------------------------------X

No. 22 Civ. 215 (SJB)

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on January 14, 2022, Plaintiffs Edwin Rodriguez, Jorge Silverio, Kenluin Silverio, Rene Ernesto Arevalo, and Albaro Morales ("Plaintiffs") filed a Complaint asserting claims for, *inter alia*, failure to pay overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and the New York Labor Law § 190 *et seq.* ("NYLL") against HAR Northern, Inc. d/b/a H Mart Northern ("Defendant");

**WHEREAS,** Plaintiffs and Defendant (the "Parties") reached a settlement of this action and Plaintiff's claims through arms-length negotiations, and have entered into a Settlement Agreement and Release of Wage and Hour Claims (the "Agreement"), formally memorializing the Parties' settlement;

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable

resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA, the NYLL, and/or time worked, and;

**WHEREAS**, nothing contained in the Agreement shall be construed as an admission by the Defendant (or any person or entity acting on their behalf) of any liability or any act of wrongdoing whatsoever; and

**WHEREAS**, this Court incorporates all terms of the Parties' Agreement into this Order by reference and shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York
July 26, 2022

| PECHMAN LAW GROUP PLLC | THE LAW OFFICES OF DIANE H. LEE |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| By: _____ | By: _____ |
| Louis Pechman, Esq. | Diane H. Lee, Esq. |
| Galen C. Baynes, Esq. | 16 W. 32nd Street, Suite 305 |
| 488 Madison Avenue, 17th Floor | New York, New York 10001 |
| New York, NY 10022 | Tel.: (201) 363-0101 |
| Tel.: (212) 583-9500 | |

**SO ORDERED.**

/s/ Sanket J. Bulsara   September 15, 2022
_____
United States Magistrate Judge
Brooklyn, NY